IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

K.J., MOTHER OF Z.M., A CHILD,

      Appellant,

v.
                                  Case No. 5D23-637
                                  L.T. Case No. 2022-DP-000010

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.
_____/

Decision filed July 20, 2023

Appeal from the Circuit Court
for Sumter County,
Michelle Morley, Judge.

David J. Joffee, of Joffe Law, P.A., Ft.
Lauderdale, for Appellant.

Rachel Batten, Children's Legal Services,
Brooksville, for Appellee.

Blake Lynne Bruce, Alexandria, Virginia, and
Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior
Attorney, Statewide Guardian ad Litem Office,
Tallahassee, for Guardian Ad Litem Program.

PER CURIAM.

      AFFIRMED.

EDWARDS, C.J., EISNAUGLE and BOATWRIGHT, JJ., concur.